IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 1 1 2012

AT GREENBELT
CLERK U.B. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP

| | | |
|---|---|---|
| THOMAS ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. RWT 11-2292 |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, et al. | * | |
| | * | |
| Defendants | * | |

| | | |
|---|---|---|
| THOMAS ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM 11-3722 |
| FIA CARD SERVICES N.A. ("FIA CSNA") | * | |
| | * | |
| Defendant | * | |

| | | |
|---|---|---|
| THOMAS J. ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. RWT 12-670 |
| EXPERIAN INFORMATION SOLUTIONS, INC. | * | |
| | * | |
| Defendant | * | |

THOMAS J. ALSTON                         *

                    Plaintiff           *

        v.                               *        Civil Action No. RWT 12-721

TRANS UNION LLC, et al.                  *

                    Defendants          *

---

CANDACE E. ALSTON                        *

                    Plaintiff           *

        v.                               *        Civil Action No. JFM 12-1512

MONARCH BANK, et al.                     *

                    Defendants          *

---

THOMAS ALSTON                            *

                    Plaintiff           *

        v.                               *        Civil Action No. AW 12-1708

NCO FINANCIAL SYSTEMS, INC.              *

                    Defendant           *

---

| | | |
|---|---|---|
| KIMBERLY ANN ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. DKC 12-1709 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | * | |
| | * | |
| Defendant | * | |

| | | |
|---|---|---|
| JONATHAN T. ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM 12-1815 |
| TRANSWORLD SYSTEMS, INC. | * | |
| Defendant | * | |

| | | |
|---|---|---|
| THOMAS ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AW 12-1819 |
| BANK OF AMERICA, N.A. | * | |
| Defendant | * | |

3

THOMAS ALSTON                                        *

              Plaintiff                   *

        v.                                          *     Civil Action No. JFM 12-2001

WELLS FARGO BANK, N.A.                               *

              Defendant                   *

---

KIMBERLY ANN ALSTON                                  *

              Plaintiff                   *

        v.                                          *     Civil Action No. PJM 12-2063

UNITED COLLECTION BUREAU, INC.                       *

              Defendant                   *

---

THOMAS ALSTON                                        *

              Plaintiff                   *

        v.                                          *     Civil Action No. AW 12-2064

PROFESSIONAL ACCOUNT                                 *
MANAGEMENT, LLC
                                                     *
              Defendant
                                                     *

---

4

| | | |
|---|---|---|
| THOMAS ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AW 12-2065 |
| CAVALRY PORTFOLIO SERVICES, LLC, et al. | * | |
| | * | |
| Defendant | * | |

| | | |
|---|---|---|
| CANDACE A. ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. PJM 12-2244 |
| FIRST PREMIER, INC. | * | |
| Defendant | * | |

| | | |
|---|---|---|
| YVONNE R. ALSTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AW 12-2270 |
| HARTFORD FINANCIAL SERVICES, INC. | * | |
| | * | |
| Defendant | * | |

5

| KIMBERLY ANN ALSTON | | * | |
| --- | --- | --- | --- |
| | Plaintiff | * | |
| | v. | * | Civil Action No. RWT 12-2533 |
| GE CAPITAL BANK, et al. | | * | |
| | Defendant | * | |

| THOMAS ALSTON | | * | |
| --- | --- | --- | --- |
| | Plaintiff | * | |
| | v. | * | Civil Action No. RWT 12-2542 |
| ER Solutions, Inc. | | * | |
| | Defendant | * | |

| YVONNE R. ALSTON | | * | |
| --- | --- | --- | --- |
| | Plaintiff | * | |
| | v. | * | Civil Action No. DKC 12-2711 |
| CENTRAL CREDIT SERVICES, INC. | | * | |
| | Defendant | * | |

| CANDACE E. ALSTON | | * | |
| --- | --- | --- | --- |
| | Plaintiff | * | |
| | v. | * | Civil Action No. RWT 12-2732 |
| HSBC CARD SERVICES, INC. | | * | |
| | Defendant | * | |

## O R D E R

On September 21, this Court entered an Order in the above cases vacating the Orders granting leave to proceed *in forma pauperis* and denying all of the pending motions. The Plaintiffs were directed to pay the costs within seven (7) days of the date of the Order, and were cautioned that failure to do so would result in dismissal of the case. As of the date of this Order, the Plaintiffs have not paid any of the filing fees required. Accordingly, it is this __11__ day of October, 2012, by the United States District Court for the District of Maryland

ORDERED, that the following cases are hereby **DISMISSED WITHOUT PREJUDICE** as a result of the failure of the Plaintiff to pay the required filing fee:

Case No. RWT 12-721, *Thomas J. Alston v. Trans Union LLC, et al.*

Case No. AW 12-1708, *Thomas Alston v. NCO Financial Systems, Inc.*

Case No. AW 12-1819, *Thomas Alston v. Bank of America, N.A.*

Case No. JFM 12-2001, *Thomas Alston v. Wells Fargo Bank, N.A.*

Case No. PJM 12-2063, *Kimberly Ann Alston v. United Collection Bureau, Inc.*

Case No. AW 12-2064, *Thomas Alston v. Professional Account Management, LLC*

Case No. AW 12-2065, *Thomas Alston v. Cavalry Portofolio Services, LLC, et al.*

Case No. RWT 12-2533, *Kimberly Ann Alston v. GE Capital Bank, et al.*

Case No. RWT 12-2542, *Thomas Alston v. ER Solutions, Inc.*

This Order is entered with the approval and at the direction of the full bench of this Court.

*Deborah Chasanow*

Deborah K. Chasanow
United States District Judge

7